| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U S C app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) WILLIAMS, RICHARD L | 2. Court or Organization U.S. District Court ED/VA | 3. Date of Report 04/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) Senior U.S District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Robinson/Merhige U S Courthouse 701 E Broad St., Suite 3000 Richmond, Virginia 23219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Scott & Stringfellow Account - Trust #1 |
| 2 Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Scott & Stringfellow Account - Trust #2 |
| 3 Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Merrill Lynch Account - Trust #3 |
| 4. | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3. | |

RECEIVED 2010 MAY 11 A 9: 58 DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1  1/1-12/31 | Virginia Supplemental Retirement/retirement Total - | $10,626.00 |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 | |
| 2 | |
| 3. | - |
| 4 | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 | | | | |
| 2. | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1    Bank of America/Richmond, VA/ Accts | A | Interest | K | T | | | | | |
| 2.    Suntrust/Richmond, VA/Acct | A | Interest | J | T | | | | | |
| 3    Revocable Trust #1/Scott & Stringfellow Comprised of: | E | Int./Div. | N | T | | | | | |
| 4.    - Bristol Myers Squibb Co (Common Stock) | | | | | | | | | |
| 5.    - Intel Corp (Common Stock) | | | | | | | | | |
| 6    - Int'l Business Mach (Common Stock) | | | | | | | | | |
| 7    - Microsoft (Common Stock) | | | | | Sold (part) | 5/14/09 | J | | See Notes |
| 8    - Minnesota Mng Mfg - (3M Co.) (Common Stock) | | | | | | | | | |
| 9    - Suntrust Banks (Common Stock) | | | | | | | | | |
| 10.    - Verizon Communications (Common Stock) | | | | | | | | | |
| 11    - Johnson & Johnson (Common Stock) | | | | | | | | | |
| 12    - Smucker JM Co (Common Stock) | | | | | | | | | |
| 13.    - AT&T | | | | | | | | | |
| 14    - Amcm High Inc Tr CL B | | | | | Buy | 3/31/08 | K | | See Notes |
| 15    - Richmond VA MET Auth Expwy Rev ITM 011613 | | | | | | | | | |
| 16    - Harrisonburg VA REDV HSG 071614 | | | | | | | | | |
| 17    - Units Tax Exempt Bd FD VA | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Henrico VA 6.5 060122 | | | | | | | | | |
| 19.   - Va St RDA-D 6.0 040124 | | | | | | | | | |
| 20.   - Fairfax FINL 042612 | | | | | | | | | |
| 21    - Loudoun VA VAR 080128 | | | | | Sold | 2/2/09 | J | | See Notes |
| 22    - Albemarle Va. 010112 | | | | | | | | | |
| 23    - Smithfield 080111 | | | | | | | | | |
| 24.   - Smithfield 101509 | | | | | Buy | 10/01/08 | J | | See Notes |
| 25 | | | | | Sold | 10/15/09 | J | | See Notes |
| 26.   - Va Bch Va Dv Ath Res Care Fac 7/01/10 | | | | | | | | | |
| 27    - VA St Hous Rev 010116 | | | | | Buy | 1/28/09 | K | | |
| 28.   Revocable Trust #2 - Scott & Stringfellow Acct. Comprised of | D | Int /Div | M | T | | | | | |
| 29.   - Va St Res Auth Wtr & Swr Sussex | | | | | Sold | 7/22/09 | K | | See Notes |
| 30.   - Prnc Wm Co Va Wstmnstr Lake 610113 | | | | | | | | | |
| 31    - Va. St Res Auth Rev Infra Sub Pooled Fing 110111 | | | | | | | | | |
| 32    - Henrico Co Va EconDv Utd Meth 6/01/28 | | | | | | | | | |
| 33.   - Fairfax Co Va Econ Dv Goodwin Hs 10/01/16 | | | | | | | | | |
| 34.   - Chesterfield Co VA 010120 | | | | | Buy | 7/23/09 | L | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35 Revocable Trust #3 - Merrill Lynch CMA comprised of | D | Int /Div | N | T | | | | | |
| 36. - Norfolk VA Wtr Rev RFDG FSA 110123 | | | | | | | | | |
| 37. - VA St Res Auth Wtr&Sys Rev Sussex RF OIL 100125 | | | | | Redeemed | 7/22/09 | J | A | |
| 38. - VA St Res at INFRA Rev Pooled LN BD 050117 | | | | | Distributed | 6/26/09 | K | | See Notes |
| 39. - VA St Res Auth 050117 (10K) | | | | | Spinoff (from line 38) | 6/26/09 | J | | See Notes |
| 40 - VA St Res Auth 050117 (15K) | | | | | Spinoff (from line 38) | 6/26/09 | K | | See Notes |
| 41 - VA Cllge Bldg Auth Wash-Lee MBIA 010126 | | | | | | | | | |
| 42. - Arlington Co VA Pub IMPT 02012019 | | | | | | | | | |
| 43. - Southeastern Pub Svc Auth 07012015 | | | | | | | | | |
| 44. - Norfolk Va. Cap Impt MBIA 03012016 | | | | | | | | | |
| 45 - DC Ballpk Rev 2012019 | | | | | | | | | |
| 46 - Blackrock MuniVest Fund, Inc | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Entries of new acquisitions have been listed in each brokerage account, not at the end of the report, in order to keep each account together.

Part VII - Line 7 - No appropriate letter code  This asset was sold at a loss

Part VII - Line 14 - Inadvertently omitted form 2008 report.

Part VII - Line 21 - No appropriate letter code  No gain on this transaction.

Part VII - Line 24 - Inadvertently omitted from 2008 report.

Part VII - Line 25 - No appropriate letter code  No gain realized on this transaction.

Part VII - Line 29 - No appropriate letter code.  This asset was sold at a loss.

Part VII - Line 38 - No appropriate classification for exchanges.  This asset was exchanged for Va St. Res Auth. entries listed on Lines 39 and 40

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2010 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C 20544